UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PROPHET PAULCIN,**

    **Plaintiff,**

v.                           Case No.: 4:10-cv-00483-RH-WCS

**DUANE SPEARS, et al.,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

    Notice is hereby given that Lance Eric Neff, Assistant Attorney General, appears as co-counsel on behalf of Defendants **Paynter**, **Barfield**, **Gilliam**, **Sims**, and **Larkin**.

                                      Respectfully submitted,

                                      **PAMELA JO BONDI**
                                    **ATTORNEY GENERAL**

                                      s/ Lance Eric Neff
                                      Lance Eric Neff
                                      Assistant Attorney General
                                      Florida Bar Number 26626
                                      Office of the Attorney General
                                      The Capitol, PL-01
                                      Tallahassee, Florida 32399-1050
                                      (850) 414-3300 - Telephone
                                      (850) 488-4872 - Facsimile
                                      Email: Lance.Neff@myfloridalegal.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to counsel of record (James V. Cook) on this 23rd day of September, 2011.

<u>s/ Lance Eric Neff</u>
LANCE ERIC NEFF