IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROPHET PAULCIN,

    Plaintiff,

vs.

DUANE SPEARS, et al.,

    Defendants.

CASE NO.: 4:10-cv-483-RH/WCS

**PROPOSED VOIR DIRE QUESTIONS**

NOTICE IS HEREBY given that PLAINTIFF, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 47 and this Court's Order (D oc. 74), hereby files its Proposed Voir Dire Questions, as follows, to wit:

1. Are you or your spouse affiliated with law enforcement? Any relative or close friend affiliated with law enforcement?

2. Are you or your spouse related to a law enforcement officer? Any relative or close friend related to a law enforcement officer?

3. Have you or your spouse ever received any formal training in law enforcement?

4. Do you have any relative or close friend who has had any training in law enforcement?

5. Have you or your spouse ever received any formal legal training? Do you have any relative or close friend who has had any legal training?

6. Does any member of the prospective jury panel have any prior jury experience? Was there anything in your prior jury experience that upset you to the extent that jury service was an unsatisfactory experience?

7. Is anyone currently involved in a lawsuit as a plaintiff or defendant?

8. Have you or any member of your family ever been employed by an attorney?

9. Have you or your spouse ever been a member of a grand jury?

10. Have you or any member of your family ever been enlisted in any branch of the armed forces of the United States of America?

11. Have any of you, a member of your family, or a close friend ever been the victim of a crime? Would this experience cause you to favor the Defendant in this case? Do you feel that you would in any way have difficulty rendering a fair and impartial verdict in this case?

12. Have you a member of your family or friend ever been accused in any criminal action?

13. Have you a member of your family or friend ever suffered from mental illness?

14. Has anyone you know ever been incarcerated who was suffering from a mental illness?

15. Do you believe that people who are incarcerated are entitled to the same standards of medical treatment as those who are not?

16. Do you believe that people who are incarcerated have lost their right to decent care or treatment?

17. Have you or a member of family ever made a claim under any state or federal civil rights laws? If so, what kind of claim was it and who was it against? What was the end result?

18. Have you or any member of your family or any friend ever been a witness in any kind of case?

19. Have you, your spouse or any member of your family or friend ever been connected with the judicial system?

20. Have you, your spouse or any member of your family or friend ever been connected with the State Attorney's Office?

21. Have you, your spouse or any member of your family or friend ever been connected with the Florida Attorney General's Office?

22. Is anyone familiar with any of the witnesses in the case?

23. Has anyone ever been involved in a lawsuit involving plaintiff's counsel?

24. Have you or any member of your family, or a friend, ever been associated with, or worked with, any program that was dedicated to the rehabilitation of persons convicted of a crime?

25. Do you know, or have you known, anyone who has been to prison?

26. What are your feelings in general about the criminal justice system?

27. What are your feelings in general about the state prison system?

28. Have you known anyone who has had a serious problem as a result of drug use?

29. Have you known anyone who has had a serious problem as a result of mental illness?

30. Have any of you known other prospective jurors on this panel before coming to Court?

31. Have any of you heard, or do you have any knowledge of the facts or events in this case?

32. Have any of you, or a family member or friend, been in a situation where there was the need for assistance from someone in law enforcement? How would you describe that experience?

33. Do you have any adverse or pro feelings towards law enforcement in general? Would any pre-existing feeling toward law enforcement cause you to favor any party in this case? Do you feel that you would in any way have difficulty rendering a fair and impartial verdict in this case?

34. Do you have any adverse or pro feelings the Florida Department of Corrections? Would any pre-existing feeling toward law enforcement cause you to favor any party in this case? Do you feel that you would in any way have difficulty rendering a fair and impartial verdict in this case?

35. Have you or any member of your family been involved in a lawsuit of any kind against either an individual or a corporation, partnership or against any governmental entity? What kind of suit? What was your experience like? Were you a plaintiff or a defendant? How did you feel about the court system when it was over? Did you learn anything in the case that you might use in making decisions in this case?

36. Can each of you sit here and withhold judgment or the formulation of an opinion until the Plaintiff has had an opportunity to present its witnesses and evidence?

37. Do you think a law enforcement officer would less likely than another person to lie under oath?

38. Do you believe that mental anguish, humiliation, embarrassment and other types of damages cannot be compensated in money damages?

39. Do you believe there should be fixed limitations on money damages?

40. Do you believe there are too many lawsuits?

41. Do you believe that you shouldn't find money damages against a public entity because your taxes may go up?

42. Do any of you have any religious affiliation or beliefs that would prevent you

       from serving as a juror and rendering a verdict?

43. Do all of you understand that you may use your experience in every day affairs in evaluating the truthfulness of witnesses and the weight of the evidence which you will hear in the trial?

44. Is there any reason which we have not covered in *voir dire* which would affect your ability to be fair and impartial to both sides?

45. Are there any questions that any of you can think of that I might have forgotten to ask which might be relevant to whether you can be a fair and impartial juror?