IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.                                     CASE NO. 4:10cv483-RH/WCS

DUANE SPEARS et al.,

    Defendants.

_____/

## ORDER DENYING THE PLAINTIFF'S MOTION FOR A NEW TRIAL AND DENYING FIVE DEFENDANTS' MOTION TO TAX COSTS

The plaintiff is a prisoner who was sprayed with oleoresin capsicum or "OC." He sued seven employees of the Florida Department of Corrections, asserting that he should not have been sprayed at all and that in any event he was not afforded an adequate opportunity to remove the spray after it was administered. I granted summary judgment for two defendants. The claims against the other five defendants went to trial. The jury returned a verdict for two defendants, and I granted judgment as a matter of law for another. The plaintiff ultimately prevailed and obtained a judgment for one dollar in nominal damages against the last two defendants.

The plaintiff has moved for a new trial.  The motion is unfounded for reasons set out (a) in the Order Directing the Entry of Judgment, ECF No. 92, (b) on the record during the trial, and (c) in the summary-judgment order, ECF No. 51.

The five defendants who prevailed have filed a bill of costs.  All five were represented by the Attorney General at public expense.  That of course would not preclude an award of costs; had these been the only five defendants, costs would be taxed in their favor.  But these were not the only defendants. The plaintiff prevailed against two other defendants.  The costs were incurred not only to defend the five defendants who prevailed but also to defend the two defendants who did not.  Under all the circumstances, as a matter of discretion, I conclude that costs should not be taxed for these five defendants.

For the reasons,

IT IS ORDERED:

1.  The plaintiff's motion for a new trial, ECF No. 96, is DENIED.

2.  The motion of five defendants to tax costs, ECF No. 94, is DENIED.

SO ORDERED on February 27, 2012.

s/Robert L. Hinkle<br>United States District Judge

*Case No: 4:10cv483-RH/WCS*